80 A.3d 378

**Malik REED, Petitioner**

v.

**James Murray LYNN, Respondent.**

**No. 158 EM 2013.**

Supreme Court of Pennsylvania.

Nov. 20, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of November, 2013, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending motion for credit for time served within 90 days of this order.